UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

LIBERTY MUTUAL INSURANCE COMPANY,                 :      06-CV-5706 (ARR)

                    Plaintiff,                       :      NOT FOR
                                        :      PUBLICATION
   -against-                               :
                                          :      OPINION AND ORDER
RPC LEASING, et al.,                              :

                    Defendants.                    :

------------------------------------------------------------------ X

ROSS, United States District Judge:

Several of the parties in the captioned proceeding, namely, plaintiff, Liberty Mutual Insurance Company, and defendants Anthony and Patrick Ferro, have submitted letters requesting a pre-motion conference concerning proposed summary judgment motions. As discovery that will likely be pertinent to the resolution of the proposed motions has recently been extended by Judge Orenstein to August 15, 2008, the applications are deferred pending the conclusion of all discovery. Should the parties wish to proceed with motions at that time, they are requested to submit new pre-motion letters specifically referring to relevant portions of the record as well as governing caselaw.

    SO ORDERED.

                                                  s/ Judge Allyne R. Ross

                                                  Allyne R. Ross
                                                  United States District Judge

Dated: April 10, 2008
       Brooklyn, New York

SERVICE LIST:

**Attorney for Plaintiff**

**Jeffrey R. Krantz**
Bennett, Giuliano, McDonnell & Perrone LLP
225 West 34th Street
Suite 402
New York, NY 10122

**Attorney for Defendant RPC Leasing, et al.**

**Edward Michael Rosenthal**
Rosenthal Curry & Kranz, LLP
1600 Front Street,
East Meadow, NY 11554

**Attorney for Defendants Lynn Citron Agency, Lynn and Jeffrey Citron**

**Bing Li**
Law Offices of Bing Li, LLC
1350 Broadway
Suite 1001
New York, NY 10018-0947

**Attorney for Defendant Cosmo Ferro**

**Steven J. Harfenist**
Friedman, Harfenist, Langer & Kraut
3000 Marcus Avenue
Suite 2E1
Lake Success, NY 11042

cc: Magistrate Judge Orenstein